IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHAUNTREE SMITH,

    Plaintiff,

v.                               Case No. 1:17cv273-MW/GRJ

DANIEL LANDRUM, et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR HIPAA-QUALIFIED PROTECTIVE ORDER

This Court has considered, without hearing, Plaintiff's Motion for HIPAA-Qualified Protective Order, ECF No. 21. Plaintiff's proposed protective order seeks "to facilitate the exchange, disclosure of, and use at trial of 'protected health information' ('PHI'), which may be incidental to the litigation." ECF No. 21-1 at 1. But he fails to specify from whom he's seeking protected health information. And Plaintiff's counsel's correspondence with FDOC's counsel suggests he's seeking Plaintiff's and Defendants' protected health information, in addition to the protected health information of other, unidentified inmates. *See, e.g.*, ECF No. 18 at 32. At this point, Plaintiff's motion and proposed protective order are so lacking in

1

specificity for this Court to afford the requested relief. Accordingly, Plaintiff's motion, ECF No. 21, is **DENIED without prejudice to renew**.

    **SO ORDERED on June 27, 2018.**

                                             <u>**s/Mark E. Walker**</u>           
                                             **United States District Judge**